UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARTIN BURTON SCHMOLDT, III

    Plaintiff,

v.                                                          Case No. 3:12cv544/LC/CJK

WALTER JEFFERIS, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 19, 2014 (doc. 32).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation and the objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Plaintiff's claims are **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

3.    The clerk is directed to close the file.

**DONE and ORDERED** on this 4th day of June, 2014.

                                                                              s/ *L.A. Collier*
                                                                            Lacey A. Collier
                                                       Senior United States District Judge